Civil Action No.    **1:23-CV-04881-AMD-MMH**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for  **David Gamburg**
was recieved by me on  **7/12/2023:**

[X]  I personally served the summons on the individual at **5 Joseph Court, Upper Saddle River, NJ 07458** on **07/12/2023 at 6:08 PM**; or

[ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]  I returned the summons unexecuted because ; or

[ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:  07/12/2023

*Server's signature* — T Chambliss

**Thadeus Chambliss**
*Printed name and title*

**327 East 31st Street**
**Paterson, NJ 07504**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to David Gamburg with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 55-65 years of age, 6'0"-6'2" tall and weighing 200-240 lbs.**





Tracking #: **0110140371**