UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------x
SF ENTITIES, INC.,

                Plaintiff,        Case No. **1:23-cv-04881**

- against -              **CORPORATE DISCLOSURE STATEMENT**

DAVID GAMBURG and
COVA LABORATORIES LLC

                Defendants.
--------------------------------x

Pursuant to Federal Rule of Civil Procedures 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that COVA LABORATORIES LLC is a non-governmental limited liability corporation and that this party does not have a parent corporation, nor is there any publicly held corporation that has an ownership Interest of 10% or more.

COVA LABORATORIES LLC is a New Jersey Limited Liability corporation. Its sole owner, Ludmila Superfin, is a New Jersey resident, residing in Bergen County, the same County the LLC is located.

Dated: New York, New York
       August 14, 2023

                                            Lawrence Simon, Esq.
                                            Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins
                                            589 8th Avenue, 21st Floor,
                                            New York, NY 10018
                                            Phone: 212-596-7656
                                            Email: lsimon@lawjw.com
                                            **ATTORNEY FOR DEFENDANTS**