

Baruch S. Gottesman
Attorney and Counselor at Law

October 22, 2024

**Via ECF**
The Hon. District Judge Ann Donnelly
United States District Court for the
Eastern District of New York
225 Cadman Plaza East, Courtroom 4G
Brooklyn, NY 11201

> Re:    Request for Virtual Participation or Reschedule of Conference
>        SF Entities Inc. v. Gamburg, et al.
>        Case No. 1:23-cv-04881-AMD

Judge Donnelly:

## I.    Introduction

I have the honor to represent **the Plaintiff** in the matter of *SF Entities Inc. v. Gamburg, et al.*, Case No.1:23-cv-04881-AMD.  By Scheduling Order dated October 21, 2024, your Honor calendared a conference for December 19, 2024, which the Undersigned respectfully asks be rescheduled or take place virtually or be rescheduled because of a prior commitment.

## II.    Prior Commitment for Week of December 16-20

The Undersigned, who works as a sole firm, represents the Plaintiff in the matter of *Williams v. Federal Gov't of Nigeria*, 1:23-cv-7356 (S.D.N.Y.).  To preserve testimony and by order of Court, the parties in that case will be conducting a three-day deposition in London (UK) from December 17-19, 2024.  The Undersigned can appear virtually at the scheduled conference, but, unfortunately, will likely not be back in New York before that weekend.  *See* Joint Letter to Court *Williams* at ECF 42 (finalizing terms for the London deposition), a copy of which is attached.

## III.    Conclusion

For the reasons described above, Plaintiff's Counsel respectfully seeks to appear virtually or to reschedule the December 19, 2024 hearing.

RESPECTFULLY SUBMITTED,

Baruch S. Gottesman, Esq

*Served via ECF on all appearing parties*