# BROWN GAVALAS & FROMM LLP

**60 EAST 42ND STREET, SUITE 4600**
**NEW YORK, NEW YORK 10165**
TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE
_____

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

October 11, 2024

**VIA ECF**

The Honorable Lewis J. Linman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007

Re:  Williams v. Federal Government of Nigeria et al.
     Case No.: 1:23-cv-7356 (LJL)

Dear Judge Linman:

We represent the Central Bank of Nigeria, a defendant in the above-captioned action, and are writing on behalf of all parties in accordance with the Court's Order, dated October 8, 2024. We are pleased to report that the parties have reached an agreement concerning the dates, location and the mechanics of how plaintiff's deposition will be conducted. The parties have agreed to conduct the deposition in London on December 17-19, 2024. The parties have agreed to a 12-hour time limit for testimony at the deposition so that we are able to accommodate plaintiff's health issues while affording the defendants sufficient time to take a full and complete deposition. A court reporter will be present at the deposition and the deposition will be videotaped. Additionally, access to the deposition will be available by video-conference in the event anyone wishes to appear remotely. The defendants have agreed to share the costs associated with the deposition (i.e. court reporter, videographer and arranging for the video-conference). Finally, each party has agreed to bear its own costs regarding travel and lodging.

Respectfully submitted

BROWN GAVALAS & FROMM LLP

*/s/ Fred G. Wexler*

Fred G. Wexler

cc:  (via ECF)
     All counsel of record