UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SF ENTITIES INC.**, <br><br> Plaintiff, <br><br> *~ versus ~* <br><br> **COVA LABORATORIES LLC**, <br><br> Defendant. | Case No. __1:23-cv-4881__ |

**PROPOSED VERDICT FORM FOR JURY**

## Instruction 1 - Breach of Contract

**Q1. Did the Plaintiff prove, by a preponderance of the evidence, that a contract existed between Plaintiff and Defendant?**

___ Yes ___ No

*If No, skip to Instruction 2.*
*If Yes, continue.*

**Q2. Did the Plaintiff prove that the Plaintiff performed its obligations under the contract?**

___ Yes ___ No

*If No, skip to Instruction 2.*
*If Yes, continue.*

**Q3. Did the Plaintiff prove that Defendant breached the contract?**

\_\_\_ Yes \_\_\_ No

*If No, skip to Instruction 2.*
*If Yes, continue.*

**Q4. What amount of contract damages did Plaintiff prove were caused by the Defendant's breach?**

$_____

*Go to Instruction 3*

**Instruction 2 – Promissory Estoppel**

**Q1. Did Plaintiff prove by a preponderance of evidence that the Defendant made a clear and unambiguous promise to the Plaintiff?**

\_\_\_ Yes \_\_\_ No

*If no, go to Instruction 3*
*If yes, continue.*

**Q2. Did the Plaintiff prove by a preponderance of evidence that the Plaintiff reasonably relied on that promise?**

___ Yes ___ No

*If no, go to Instruction 3*
*If yes, continue.*

**Q3. Did the Plaintiff prove by a preponderance of evidence that the Defendant breached that promise?**

___ Yes ___ No

*If no, go to Instruction 3*
*If yes, continue.*

**Q4. Did the Plaintiff prove by a preponderance of evidence that the Plaintiff suffered an injury caused by that breach?**

___ Yes ___ No

*If no, go to Instruction 3*
*If yes, continue.*

**Q5. What amount of damages did Plaintiff prove were caused by the breach?**

$_____

*Go to Instruction 3*

### Instruction 3 – New York City Freelancer Isn't Free Act

**Q1. Did Plaintiff prove by a preponderance of evidence that they were a Freelance Worker as defined under FIFA?**

\_\_\_ Yes \_\_\_ No

*Continue*

**Q2. Did the Plaintiff prove by a preponderance of evidence that the Defendant was a Hiring Party as defined under FIFA?**

\_\_\_ Yes \_\_\_ No

*Continue*

**Q3. Did the Plaintiff prove by a preponderance of evidence that the Defendant failed to timely pay the Plaintiff?**

\_\_\_ Yes \_\_\_ No

*If you answered Yes to Question 3, then continue with Questions 3(A) and 3(B) below*
*If you answered No to Question 3, continue with Question 4*

**Q3(A):   If you answered "Yes" to Question 3, did the Plaintiff prove by a preponderance of evidence that the Defendant's failure to timely pay compensation had an impact within New York City?**

___ Yes ___ No

*Continue*

**Q3(B). If you answered "Yes" to Question 3 what amount of unpaid compensation did Plaintiff prove?**

$_____

*Continue*

**Q4.  Did the Plaintiff prove by a preponderance of evidence that the Defendant sought to have the Plaintiff accept less than the amount of the contracted compensation?**

___ Yes ___ No

*If you answered Yes to Question 4, then continue with Questions 4(A) and 4(B) below*
*If you answered No to Question 4, continue with Question 5*

**Q4(A):** If you answered "Yes" to Question 4, did the Plaintiff prove by a preponderance of evidence that the Defendant's attempt to have the Plaintiff accept less than the amount of the contracted compensation, had an impact within New York City?

___ Yes ___ No

*Continue*

**Q4(B).** If you answered "Yes" to Question 4 what amount of lowered compensation did Plaintiff prove?

$_____

*Continue*

**Q5. Did the Plaintiff prove by a preponderance of evidence that the Defendant denied a work opportunity or took any other action that penalized the Plaintiff (or which is reasonably likely to deter the Plaintiff) from, exercising or attempting to exercise any right guaranteed under FIFA, or from obtaining future work opportunity because the Plaintiff did so?**

___ Yes ___ No

*If you answered no to Question 7, end here and notify the Marshal that you have completed your deliberations.*
*If you answered yes to Question 7, then continue.*

**Q8. If you answered "yes" to Question 7 (retaliation), did the Plaintiff prove by a preponderance of evidence that the Defendant's retaliation had an impact within New York City?**

___ Yes ___ No

*Continue*

**Q9. If you found "yes" for Question 8 (retaliation), what the value of the underlying contract?**

_____

**Q9. If you found "yes" for Question 7 (retaliation), how many such acts of retaliation did the Defendant commit?**

_____

End here and notify the Court Marshal that you have completed your deliberations.

Dated**: January 9, 2026**

                                                     Respectfully Submitted

                                                     */s/ Baruch S. Gottesman*

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
bg@gottesmanlegal.com
office: (212) 401-6910
*Counsel for the Plaintiff*